**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6504**

―――――――――

EARL CARTER CLARK, JR., a/k/a Butch,

                           Plaintiff - Appellant,

    versus

JAMES B. HUNT, JR.; R. MACK JARVIS; JUANITA H.
BAKER; ELBERT T. BUCK, JR.; WILLIAM A. LOWRY;
CHARLES L. MANN, SR.; PEGGY STAMEY; MARY
HARROP; MICHAEL S. HAMDEN; MICHAEL F. EASLEY;
ELIZABETH F. PARSONS; SUSAN H. POLLITT; JOHN
DOES,

                          Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-99-209-5-F(3))

―――――――――

Submitted: September 29, 2000    Decided: October 11, 2000

―――――――――

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Earl Carter Clark, Appellant Pro Se. Elizabeth F. Parsons, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl Carter Clark appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Clark v. Hunt</u>, No. CA-99-209-3-209-F3 (E.D.N.C. Mar. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2